

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2018

No. 04-18-00324-CV

Madhavan A. **PISHARODI**, M.D., P.A.,,
Appellant

v.

**UNITED BIOLOGICS, L.L.C,**
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI06067
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

On July 11, 2018, we ordered the court reporters to file the portion of the record for which they were responsible in this court on or before August 10, 2018. At this time, one of the court reporters, Ms. Judy Mata, has filed a notification of late record, requesting an extension of time to file the record. After consideration, we **GRANT** Ms. Mata's request and order her to file her portion of the reporter's record **on or before September 19, 2018.**

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court